IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEBBIE LEA PALM,

    Plaintiff,

vs.                               1:11-cv-169-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

Pending before the Court is Defendant's Motion For Enlargement. (Doc. 11.) Defendant requests a 30 day extension of time to file his answer and file the administrative record. In support of his request, the Defendant advises that Plaintiff's administrative hearing has yet to be transcribed due to a backlog at the Appeals Council. Defendant further represents the administrative record will be complete within sufficient time to allow the Defendant to file an answer within 30 days. Pursuant to Local Rule 7.1(B), Defendant's counsel certifies Plaintiff's counsel does not object to the requested relief.

Accordingly, Defendant's Motion For Enlargement (Doc. 11) is **GRANTED**. Defendant shall file his answer and the administrative record by **November 30, 2011**.

**DONE AND ORDERED** this 1st day of November, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge